UNITED STATES of America,
Plaintiff—Appellee,

v.

Frederick BELCHER, Defendant—
Appellant.

No. 05–6565.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 29, 2005.

Frederick Belcher, Appellant Pro Se.
Regan Alexandra Pendleton, Assistant
United States Attorney, Greenville, South
Carolina, for Appellee.

Before WIDENER, NIEMEYER, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Frederick Belcher seeks to appeal the
district court's order denying relief on his
motion filed under 28 U.S.C. § 2255 (2000).
An appeal may not be taken from the final
order in a § 2255 proceeding unless a cir-
cuit justice or judge issues a certificate of
appealability.   28   U.S.C.   § 2253(c)(1)
(2000).  A certificate of appealability will
not issue for claims addressed by a district
court absent "a substantial showing of the
denial of a constitutional right."  28 U.S.C.
§ 2253(c)(2) (2000).  A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that his constitu-
tional claims are debatable and that any
dispositive procedural rulings by the dis-
trict court are also debatable or wrong.
See Miller–El v. Cockrell, 537 U.S. 322,
336, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); Slack v. McDaniel, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); Rose v. Lee, 252 F.3d 676, 683 (4th
Cir.2001).  We have independently re-
viewed the record and conclude that Bel-
cher has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal.  We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

DISMISSED.